UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NOVO NORDISK INC.,**

      **Plaintiff,**

v.                                                          Case No.  3:23-cv-782-ACC-LLL

**WELLHEALTH INC.,**

      **Defendant.**

## ORDER

On January 7, 2026, the Eleventh Circuit Court of Appeals issued an Order (Doc. 69) granting Appellant and Appellee WellHealth, Inc.'s joint motion to dismiss as moot Eleventh Circuit Case No. 25-10681, vacating this Court's January 30, 2025 Order, and remanding to this court for dismissal.

Accordingly, it is **ORDERED** that this case is **DISMISSED as moot**. The file shall remain closed.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 9, 2026.

                                                  /s/ Anne C. Conway
                                                  Anne C. Conway
                                                  United States District Judge

Copies furnished to:

Counsel of Record